**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

KATHORINE COBB,

       Plaintiff,

v.                              CIVIL ACTION NO.  3:16-3764

U.S. DEPARTMENT OF EDUCATION,

       Defendant.

**JUDGMENT ORDER**

In accordance with the accompanying order, the Court **ORDERS** that Defendant's Motion to Dismiss be **GRANTED** and that this case be dismissed without prejudice and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record, and any unrepresented parties.

                ENTER:        May 24, 2017

                ROBERT C. CHAMBERS, CHIEF JUDGE